COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-217-CV

IN THE INTEREST OF J.R.C., A CHILD 

----------

FROM COUNTY COURT AT LAW NO. 1 OF WICHITA 
COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

On July 28, 2003,  we notified appellant, in accordance with appellate rule of procedure 
42.3, that this court may not have jurisdiction over this appeal because it appears the notice of appeal was not timely filed.  
Tex. R. App. P.
 42.3; 
see
 
Tex. R. App. P.
 25.1(b), 26.1(a)(1).  We stated that the appeal would be dismissed for want of jurisdiction unless appellant or any party desiring to continue the appeal filed with the court within ten days a response showing grounds for continuing the appeal. 

No response has been filed; therefore, it is the opinion of the court that this appeal should be dismissed for want of jurisdiction. 
 
See
 
Tex. R. App. P. 26.3
(b); 
Coronado v. Farming Tech., Inc.
, 994 S.W.2d 901, 901 (Tex. App.—Houston [1
st
 Dist.] 1999, order).  Accordingly, we dismiss the appeal.  
See
 T
EX
. R. A
PP
. P. 42.3(a), 43.2(f).

PER CURIAM 

PANEL D: GARDNER, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED: August 26, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.